# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**RYSHEEDNA SMITH,**
*Plaintiff*

V.            **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**
*Defendant*

CASE
NUMBER: **3:20–CV–09272–FLW–LHG**

TO: *(Name and address of Defendant):*

HEALTHCARE REVENUE RECOVERY GROUP, LLC
1643 N. HARRISON PKWY. BUILDING H, SUITE 100
SUNRISE FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2020–07–22 16:39:50**, Clerk
USDC NJD

3243124.1.18

3243124.1.19

### RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE<br>8/24/2020 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Ivona Gates | TITLE<br>Secretary |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: ___ HEALTHCARE REVENUE RECOVERY GROUP, LLC

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

1643 N. HARRISON PKWY.
BLDG H SUITE 100
SUNRISE FL 33323

[ ] Name of person with whom the summons and complaint were left:_____

[ ] Returned unexecuted:_____

[ ] Other (specify) :_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/11/2020___
Date

/s/Ivona Gates
*Signature of Server*

22142 West Nine Mile Rd. Southfield MI 48033
*Address of Server*

**UNITED STATES**
**POSTAL SERVICE** ™

Date Produced: 08/31/2020

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0452 3297 29. Our records indicate that this item was delivered on 08/24/2020 at 12:35 p.m. in FORT LAUDERDALE, FL 33323. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service