*B&N File #*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| ======================================= : <br> : <br> **RYSHEEDNA SMITH,** : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> **EQUIFAX INFORMATION SERVICES, LLC,** : <br> a Georgia limited liability company, : <br> **TRANS UNION, LLC,** : <br> an Illinois limited liability company, : <br> **CARVANT FINANCIAL, LLC,** : <br> a foreign limited liability company, and : <br> **HEALTHCARE REVENUE RECOVERY** : <br> **GROUP, LLC,** under the fictitious name : <br> of ARS Account Resolution Services, : <br> a foreign limited liability company, : <br> : <br> Defendants : <br> : <br> ======================================= : | 3:20-cv-09272 (FLW)(LHG) <br><br> STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED THE COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for respective parties that the time of Defendant Healthcare Revenue Recovery Group, LLC to appear, answer or otherwise respond to the Amended Complaint is extended through and including October 12, 2020. Any defense to the complaint on the basis of service is hereby waived.

Dated:  September 14, 2020

__/s/Mitchell L Williamson____  
Mitchell L. Williamson, Esq.  
Barron & Newburger, P.C.  
Attorney for Defendant  
Healthcare Revenue Recovery Group, LLC  
458 Elizabeth Ave-Suite 5371  
Somerset, New Jersey 08873  
Telephone: (732) 328-9480  
mwilliamson@BN-Lawyers.com  

___/s/_ *Daniel Zemel,*_____  
Daniel Zemel, Esq.  
Zemel Law, LLC  
Attorney for Plaintiffs  
1373 Broad Street, Suite 203-C  
Clifton, New Jersey 07013  
Telephone: 862-227-3106  
Facsimile:  973-282-8603  
dz@zemellawllc.com  

SO ORDERED

_____  
USDJ