William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| RYSHEEDNA SMITH, <br>       Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANS UNION, LLC, an Illinois limited liability company; CARVANT FINANCIAL, LLC, a foreign limited liability company; and HEALTHCARE REVENUE RECOVERY GROUP, LLC, under the fictitious name of ARS Account Resolution Services, a foreign limited liability company; <br>       Defendants. | CASE NO.:  3:20-cv-09272-FLW-LHG |

**CONSENT ORDER FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, Attorney William R. Brown, a member of the bar of this Court, with the consent of all parties, hereby moves for an Order allowing Attorney Katherine E. Carlton Robinson admission *pro hac vice* on behalf of defendant Trans Union, LLC ("Trans

Union"); and the Court having considered this matter pursuant to Fed. R. Civ. P. 78, and for good cause shown,

**IT IS on this 8th day of December, 2020, ORDERED that:**

1. Katherine E. Carlton Robinson an attorney with the law firm of Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, Indiana 46077, member in good standing of the Bars in which she is admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Trans Union shall be signed by a member or associate of the firm of Schuckit & Associates, P.C. who is admitted to practice before this Court, who shall be responsible for said papers and for the conduct of the cause, who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Katherine E. Carlton Robinson pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

**FURTHER ORDERED** that Katherine E. Carlton Robinson shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

**FURTHER ORDERED** that Katherine E. Carlton Robinson shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Katherine E. Carlton Robinson shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Date: December 8, 2020

                                                                        _____
                                                                        Honorable Lois H. Goodman
                                                                        United States Magistrate Judge

Distribution:

| Daniel Zemel, Esq. <br> dz@zemellawllc.com | Mitchell L. Williamson, Esq. <br> mwilliamson@BN-Lawyers.com |
|---|---|
| William R. Brown, Esq. <br> wbrown@schuckitlaw.com | |