IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| Rysheedna Smith,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.<br><br>Defendants. | Case No.: 3:20-cv-09272-FLW-LHG |

### STIPULATION OF DISMISSAL
### AS TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Healthcare Revenue Recovery Group, LLC, with prejudice and without attorney's fees or costs to either party.

February 16, 2021

                                  By: /s/ Daniel Zemel
                                  Daniel Zemel, Esq.
                                  1373 Broad St, Ste. 203-C
                                  Clifton, New Jersey 07013
                                  Telephone: (862) 227-3106
                                  Fax: (862) 204-5901
                                  dz@zemellawllc.com
                                  *Attorney for Plaintiff Rysheedna Smith*

/s/Mitchell L Williamson
Mitchell L. Williamson, Esq.
Barron & Newburger, P.C.
458 Elizabeth Ave-Suite 5371
Somerset, New Jersey 08873
Telephone: (732) 328-9480
mwilliamson@BN-Lawyers.com
*Attorney for Defendant*
*Healthcare Revenue Recovery Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Daniel Zemel*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| Rysheedna Smith,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-09272-FLW-LHG |

**ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT HEALTHCARE REVENUE
RECOVERY GROUP, LLC, ONLY**

　　　The Court, having reviewed the parties' stipulation, and finding good cause shown;

　　　**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Healthcare Revenue Recovery Group, LLC, only, are hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Defendant Healthcare Revenue Recovery Group, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge of United States District Court